Sean W. Scoggin, WSB #6-3263
Carl A. Edelman, WSB #8-6670
Williams, Porter, Day & Neville, P.C.
702 Randall Ave.
P. O. Box 748
Cheyenne, WY  82001
(307) 637-5575 – telephone
(307) 637-5515 – fax
sscoggin@wpdn.net
cedelman@wpdn.net
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUSAN E. CHRISTENSEN,            ) | |
| )                                                  | |
|          Plaintiff,                           )   | |
| )                                                  | |
|         v.                                        )   | Case No. 2:24-CV-00077 |
| )                                                  | |
| NATRONA COUNTY SCHOOL DISTRICT   ) | |
| NO. 1                                          )   | |
| )                                                  | |
|          Defendant.                        )   | |

### DEFENDANT NATRONA COUNTY SCHOOL DISTRICT NO. 1'S MOTION FOR SUMMARY JUDGMENT

Defendant Natrona County School District No. 1, by and through its undersigned counsel, moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for Summary Judgment on both claims asserted by Susan Christensen. In support thereof, Defendant incorporates its *Brief in Support of Motion for Summary Judgment* and all exhibits attached thereto.

**WHEREFORE**, Defendant Natrona County School District No. 1 respectfully requests the Court grant it summary judgment on Plaintiff Susan Christensen's claims advanced.

**DATED** this 1st day of May 2025.

      */s/Carl A. Edelman*
Sean W. Scoggin, Bar No. 6-3263
Carl A. Edelman, Bar No. 8-6670
Williams, Porter, Day & Neville, P.C.
702 Randall Ave.
P. O. Box 748
Cheyenne, WY 82001
(307) 637-5575 – telephone
(307) 637-5515 – fax
sscoggin@wpdn.net
cedelman@wpdn.net
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2025, a true and correct copy of the foregoing document was served as follows:

Cassie Craven      (_) U.S. MAIL
Longhorn Law LLC      (_) HAND DELIVERY
109 E. 17th St. Suite 11      (_) FACSIMILE
Cheyenne, WY 82001      (X) OTHER – CM/ECF Pacer
cassie@longhornlawllc.com
*Attorney for Plaintiff*

      */s/Carl A. Edelman*
Williams, Porter, Day & Neville, P.C.